## No. 6128.

### A. BALDWIN & Co. VS. CENTRAL SUGAR MANUFACTURING Co.

Payment of wages to factory hands and laborers is not such disposition of money as justifies an attachment under the Rev. Stats., sect. 109. Such payment does not

evince an intent to give an unfair preference to some of the creditors of a manu-
facturing company, nor can such intent be implied therefrom.

APPEAL from the Fifth District Court of New Orleans.  CULLOM, J.

*Kennard, Howe*, and *Prentiss* for Plaintiffs Appellants.  *Merrick,
Race*, and *Foster* for Defendants.

MARR, J., delivered the opinion affirming the judgment.